McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMMAR MULA, | 2:07-cv-0209-MCE- KJM |
| Plaintiff, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** |
| MICHAEL CHERTOFF, ET AL., | **TO ANSWER AND ORDER** |
| Defendants. | |
| _____/ | |

Plaintiff has filed a complaint pursuant to 8 U.S.C. § 1447(b) alleging that defendants have failed to timely process his application for naturalization. Defendants respectfully inform the Court that plaintiff Brar's application is currently pending clearance by the Federal Bureau of Investigation. Since the filing of this lawsuit, an expedite request on the security check has been placed with the FBI. Once the FBI has cleared the application, United States Citizenship and Immigration Services will resume the processing of the application in the most expedited manner possible.

///

///

///

Because plaintiff's application is currently pending at the FBI, defendants request an extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until May 30, 2007. Counsel for plaintiff has indicated that she does not oppose this extension request.

Dated: March 29, 2007                              Respectfully Submitted,

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

                                   By:    /s/Audrey Hemesath
                                          Audrey B. Hemesath
                                          Assistant U.S. Attorney
                                          Attorneys for the Defendants

## ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on May 30, 2007.

IT IS SO ORDERED.

Dated:  March 30, 2007

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE